STEVEN SEARLEY, Individually and as Administrator of the Estate of MICHAEL SEARLEY, Deceased, et al., Appellants-Respondents, v WEGMANS FOOD MARKETS, INC., Respondent-Appellant. [890 NYS2d 888]—

Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.